**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy          12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br> Bring your picture identification to your meeting with the trustee. | **Derek** <br> First Name <br> **Scott** <br> Middle Name <br> **Hoxby** <br> Last Name <br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name <br> _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Scott** <br> First Name <br> _____ <br> Middle Name <br> **Hoxby** <br> Last Name | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>1</u> <u>9</u> <u>3</u> <u>8</u> <br> OR <br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Derek Scott Hoxby**                                    Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

☐ I have not used any business names or EINs.

Business name

Business name

Business name

Business name

Business name

Business name

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

**5.  Where you live**

**27311 Rainbow Ridge Road**
Number    Street

If Debtor 2 lives at a different address:

Number    Street

**Palos Verdes        CA    90274**
City                          State    ZIP Code

City                          State    ZIP Code

County

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

Number    Street

P.O. Box

P.O. Box

City                          State    ZIP Code

City                          State    ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Derek Scott Hoxby**                                    Case number (if known) _____

| 8. | How you will pay the fee | | ☑ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District **Central District Of California**     When **06/19/2006**     Case number **2:06-bk-12665**
                                                                    MM / DD / YYYY

District **Central District Of California**     When **10/14/2005**     Case number **2:05-bk-41090**
                                                                    MM / DD / YYYY

District _____     When _____     Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____     Relationship to you _____

District _____     When _____     Case number, _____
                                                    MM / DD / YYYY         if known

Debtor _____     Relationship to you _____

District _____     When _____     Case number, _____
                                                    MM / DD / YYYY         if known

**11. Do you rent your residence?**

☐ No.    Go to line 12.
☑ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☑ No. Go to line 12.
☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                            State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                        Number       Street

_____

_____
City                                            State      ZIP Code

---

Debtor 1    **Derek Scott Hoxby**                                          Case number (if known) _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Derek Scott Hoxby**                                              Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor 1 | **Derek Scott Hoxby** | Case number (if known) | |

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____   X _____
Derek Scott Hoxby, Debtor 1             Signature of Debtor 2

Executed on **04/18/2017**              Executed on _____
      MM / DD / YYYY                          MM / DD / YYYY

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

**For your attorney, if you are
represented by one**

**If you are not represented by
an attorney, you do not need
to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about
eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the
relief available under each chapter for which the person is eligible. I also certify that I have delivered to
the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies,
certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition
is incorrect.

X _____    Date **04/18/2017**
Signature of Attorney for Debtor    MM / DD / YYYY

**Jeffrey J Hagen**
Printed name

**Law Offices Of Hagen & Hagen**
Firm Name

**4559 San Blas Avenue**
Number    Street

_____

_____

**Woodland Hills**    **CA**    **91364**
City    State    ZIP Code

Contact phone    **(818) 501-6161**    Email address **jeff@hagenhagenlaw.com**

**143754**    **CA**
Bar number    State

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    2) Scott Derek Hoxby, 2:06-bk-12665-VZ, filed 06/19/2006, Chapter 7, CD California, Hon. V. Zurzolo, discharged

    1) Scott Derek Hoxby, 2:05-bk-41090-VZ, filed 10/14/2005, Chapter 7, CD California, Hon. V. Zurzolo, dismissed

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, the date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Woodland Hills_____ , California

Date:  04/18/2017_____

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B.................................................................. **$0.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B........................................................ **$449,763.00**

    1c.  Copy line 63, Total of all property on Schedule A/B................................................................. **$449,763.00**

## Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$21,636.97**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... **$0.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+ $305,828.05**

    **Your total liabilities** **$327,465.02**

## Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.................................................................... **$4,288.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J.............................................................................. **$3,333.80**

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                                      _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)            _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)  _____

9d.  Student loans.  (Copy line 6f.)                                                    _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as  _____
priority claims.  (Copy line 6g.)

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  **+** _____

9g.  **Total.**  Add lines 9a through 9f.                                                _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property                                                12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list
the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are
filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate
sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:        Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

  ☑ No.  Go to Part 2.
  ☐ Yes.  Where is the property?

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1.  Write that number here.............................................➔   | $0.00 |

### Part 2:        Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

  ☐ No
  ☑ Yes

3.1.
Make:          **Nissan**

Model:        **Sentra**

Year:          **2013**

Approximate mileage: **79,000**

Other information:

**Motor veicles:  2013 Nissan Sentra,
79,000 miles, valued at $6,300.00 per
a kbb.com search done 04/14/2017,
subject to lien in favor of Nissan Motor
Acceptance Corp. with a balance of
$10,701.60, requiring monthly
payments of $394.00, $0.00 in arrears,
therefore net equity for the estate of
NEGATIVE $4,401.60.**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,300.00 | $6,300.00 |

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| 3.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Harley-Davidson** | Check one. | |
| Model: **Electra Glide Motorc** | ☑ Debtor 1 only | Current value of the entire property? / Current value of the portion you own? |
| Year: **2014** | ☐ Debtor 2 only | |
| Approximate mileage: **17,000** | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | **$14,600.00**     **$14,600.00** |

Other information:

**Motor vehicles: 2014 Harley-Davidson Electra Glide Motorcycle, 17,000 miles, value estimated at $14,600.00 per kbb.com search done 04/15/2017, subject to lien in favor of Freedom Road Financial with a balance of $10,935.37, requiring monthly payments of $408.00, $0.00 in arrears, therefore net equity for the estate of $3,664.63 (exempt).**

☐ Check if this is community property (see instructions)

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................➔**     **$20,900.00**

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..... **Household goods and furnishings: At residence, (exempt).**     **$2,000.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..... **Electonics: At residence (exempt).**     **$500.00**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

Debtor 1    **Derek Scott Hoxby**                                            Case number (if known)

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....    **Clothing:  At residence, on person (exempt).**                                $500.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....    **Jewelry:  At residence, on person (exempt).**                                $50.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.....    **Non-farm animals:  At residence, one dog.**                                $0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.................................................................... ➔    | $3,050.00 |

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.............................................................................................. Cash: .........................    **$20.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................    Institution name:

| 17.1. | Checking account: | **Deposits of money:  JPMorgan Chase Bank, '___ Checking,' account 803883797 (overdrawn).** | **$0.00** |
| 17.2. | Checking account: | **Deposits of money:  Nu Vision Federal Credit Union, 'Checking,' account 920946789-88.** | **$0.00** |
| 17.3. | Checking account: | **Deposits of money:  Wells Fargo Bank, 'Checking,' account 3837785397 (exempt).** | **$50.00** |
| 17.4. | Savings account: | **Deposits of money:  Nu Vision Federal Credit Union, 'Checking,' account 920946789-__ (exempt).** | **$100.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................    Institution or issuer name:

Debtor 1  **Derek Scott Hoxby** _____  Case number (if known) _____

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including
an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them..........................

Name of entity:          % of ownership:

**Non-publicly traded stock & interests in businesses:
100.0% of the shares of stock in Hoxby Enterprises,
Inc.  Formed 01/01/2012.  Licensed marriage and
family therapist.  Note as well that acting residuals
are paid to the corporation and deposited into it.
Residuals in 2016 totaled $6,918.34 and are expected
to diminish annually as prior acting work is aired less
frequently over time.  No employees.  Assets of the
corporation consist of:
a.  Lease of business premises:
   1.  4425 Jamboree Road, Unit 265, Newport Beach,
92660, 200 square feet of office space, subleased on
a weekly basis, $85.00 per week;
   2.  2566 Overland Avenue, Unit 780, Los Angeles
90064, 200 square feet of office space, subleased on
a monthly basis, $375.00 per month;
b.  Bank accounts:
   1.  JPMorgan Chase Bank, 'Chase Total Business
Checking,' account 897909805, $350.00;
   2.  JPMorgan Chase Bank, 'Chase Business
Savings,' account 3585580086, $0.00;
   3.  Wells Fargo Bank, 'Business Checking,' account
8546856686, $93.00;
c.  Accounts receivable:  none;
d.  Equipment:  none;
e.  Office equipment:  laptop computer, worth an
estimated $200.00;
f.  Inventory:  none;
g.  Insurance:  professional negligence insurance with
CPH Insuance, policy number PHCP069038, 'term'
only;
h.  Intellectual property:
   1.  Debtor Hoxby is licensed by the State Of
California Board Of Behavioral Science as a marriage
and family therapist (nontransferable);
   2.  website at www.therapists.pschologytoday.com;
   3.  tradename, phone number, client list, goodwill,
no value in a liquidation context;
   4.  acting residuals, as noted above.
Liabilities of the corporation consist of:
a.  Landlords:  current;
b.  Suppliers/vendors:  current.**

**Based on the value of the assets and the extent of the
liabilities, Debtor Hoxby values his shares of stock in
the corporation at $643.00 (exempt).**       **100%**        **$643.00**

Debtor 1      **Derek Scott Hoxby**                                    Case number (if known) _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific
information about
them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☒ Yes. List each                Type of account:        Institution name:
account separately.
Pension plan:        **Retirement or pension accounts:  Pension plan with
Screen Actors Guild.  Debtor, age 61, receives
$1,479.00 per month and will do so for the remainder
of his life.**                                                          **$350,000.00**

Pension plan:        **Retirement or pension accounts:  Pension plan with
AFTRA.  Debtor, age 61, receives $281.00 per month
and will do so for the remainder of his life.**                          **$75,000.00**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes........................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes........................... Institution name and description.  Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**
☒ No
☐ Yes. Give specific
information about them                                                          _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific
information about them                                                          _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific
information about them                                                          _____

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Interests in insurance policies: Health insurance with Blue Shield Of California, policy number 905686934, paid by Debtor Hoxby, 'term' only, no value.** | **N/A** | **$0.00** |
| **Interests in insurance policies: Dental insurance with Delta Dental Insurance, policy number 116196744101, 'term' only, no value.** | **N/A** | **$0.00** |
| **Interests in insurance policies: Automobile insurance for Nissan Sentra with Mercury Insurance Company, policy number 0401-7150213636 and for motorcycle with Pacific Specialty Insurance Company, policy number 7504695-00, 'term' only, no value.** | **N/A** | **$0.00** |

Debtor 1      **Derek Scott Hoxby** _____      Case number (if known) _____

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information                                                  _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........                                               _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No

☐ Yes. Describe each claim........                                               _____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information                                                 _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here**................................................................. ➔ | $425,813.00 |

---

**Part 5:      Describe Any Business-Related Property You Own or Have an Interest In.   List any real estate in Part 1.**

---

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe..                                                                _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No

☐ Yes. Describe..                                                                _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe..                                                                _____

**41. Inventory**

☑ No

☐ Yes. Describe..                                                                _____

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.....  Name of entity:                              % of ownership:

Debtor 1   **Derek Scott Hoxby**                                          Case number (if known) _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe.....                                                     _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here..................................................................➔  | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                                                   _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific
information...............                                                   _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                   _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                   _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information...............                                                   _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here..................................................................➔  | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information.

Debtor 1      **Derek Scott Hoxby** _____      Case number (if known) _____

        **Any other property of any kind not already listed:  Gym membership with Twenty-Four Hour Fitness.**

                                            **$0.00**

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔ **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

**55.  Part 1: Total real estate, line 2**..........................................................................................➔ **$0.00**

**56.  Part 2: Total vehicles, line 5**                         **$20,900.00**

**57.  Part 3: Total personal and household items, line 15**      **$3,050.00**

**58.  Part 4: Total financial assets, line 36**                 **$425,813.00**

**59.  Part 5: Total business-related property, line 45**         **$0.00**

**60.  Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

**61.  Part 7: Total other property not listed, line 54**     **+** **$0.00**

**62.  Total personal property.**    Add lines 56 through 61................... **$449,763.00**    Copy personal property total ➔ **+** **$449,763.00**

**63.  Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................ **$449,763.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2014 Harley-Davidson Electra Glide Motorcycle (approx. 17000 miles)**<br>**Motor vehicles:  2014 Harley-Davidson Electra Glide Motorcycle, 17,000 miles, value estimated at $14,600.00 per kbb.com search done 04/15/2017, subject to lien in favor of Freedom Road Financial with a balance of $10,935.37, requiring monthly payments of $408.00, $0.00 is in arrears, therefore net equity for the estate of $3,664.63 (exempt).**<br>Line from *Schedule A/B*: __3.2__ | **$14,600.00** | ☑ __$5,350.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(2)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Derek Scott Hoxby**                                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Household goods and furnishings:  At residence, (exempt).**<br>Line from *Schedule A/B*:      **6** | **$2,000.00** | ☒  **$2,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**Eletonics:  At residence (exempt).**<br>Line from *Schedule A/B*:      **7** | **$500.00** | ☒  **$500.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**Clothing:  At residence, on person (exempt).**<br>Line from *Schedule A/B*:      **11** | **$500.00** | ☒  **$500.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**Jewelry:  At residence, on person (exempt).**<br>Line from *Schedule A/B*:      **12** | **$50.00** | ☒  **$50.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| Brief description:<br>**Cash:  At residence, on person (exempt).**<br>Line from *Schedule A/B*:      **16** | **$20.00** | ☒  **$20.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**Deposits of money:  JPMorgan Chase Bank, '___ Checking,' account 803883797 (overdrawn).**<br>Line from *Schedule A/B*:      **17.1** | **$0.00** | ☒  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**Deposits of money:  Nu Vision Federal Credit Union, 'Checking,' account 920946789-88.**<br>Line from *Schedule A/B*:      **17.2** | **$0.00** | ☒  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**Deposits of money:  Nu Vision Federal Credit Union, 'Checking,' account 920946789-__ (exempt).**<br>Line from *Schedule A/B*:      **17.4** | **$100.00** | ☒  **$100.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**Deposits of money:  Wells Fargo Bank, 'Checking,' account 3837785397 (exempt).**<br>Line from *Schedule A/B*:      **17.3** | **$50.00** | ☒  **$50.00**<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Non-publicly traded stock & interests in businesses:  100.0% of the shares of stock in Hoxby Enterprises, Inc.  Formed 01/01/2012.  Licensed marriage and family therapist.  Note as well that acting residuals are paid to the corporation and deposited into it.  Residuals in 2016 totaled $6,918.34 and are expected to diminish annually as prior acting work is aired less frequently over time.  No employees. Assets of the corporation consist of: a.  Lease of business premises:   1.  4425 Jamboree Road, Unit 265, Newport Beach, 92660, 200 square feet of office space, subleased on a weekly basis, $85.00 per week;   2.  2566 Overland Avenue, Unit 780, Los Angeles 90064, 200 square feet of office space, subleased on a monthly basis, $375.00 per month; b.  Bank accounts:   1.  JPMorgan Chase Bank, 'Chase Total Business Checking,' account 897909805, $350.00;   2.  JPMorgan Chase Bank, 'Chase Business Savings,' account 3585580086, $0.00;   3.  Wells Fargo Bank, 'Business Checking,' account 8546856686, $93.00; c.  Accounts receivable:  none; d.  Equipment:  none; e.  Office equipment:  laptop computer, worth an estimated $200.00; f.  Inventory:  none; g.  Insurance:  professional negligence insurance with CPH Insuance, policy number PHCP069038, 'term' only; h.  Intellectual property:   1.  Debtor Hoxby is licensed by the State Of California Board Of Behavioral Science as a marriage and family therapist (nontransferable);   2.  website at www.therapists.pschologytoday.com;   3.  tradename, phone number, client list, goodwill, no value in a liquidation context;   4.  acting residuals, as noted above. Liabilities of the corporation consist of: a.  Landlords:  current; b.  Suppliers/vendors:  current.** | **$643.00** | ☑ **$26,551.50** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |

values his shares of stock in the
corporation at $643.00 (exempt).

Debtor 1      **Derek Scott Hoxby** _____      Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Retirement or pension accounts: Pension plan with Screen Actors Guild. Debtor, age 61, receives $1,479.00 per month and will do so for the remainder of his life.** Line from *Schedule A/B*: __21__ | **$350,000.00** | ☑ **$350,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(10)(A)** |
| Brief description: **Retirement or pension accounts: Pension plan with AFTRA. Debtor, age 61, receives $281.00 per month and will do so for the remainder of his life.** Line from *Schedule A/B*: __21__ | **$75,000.00** | ☑ **$75,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(10)(A)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.   **Do any creditors have claims secured by your property?**

☐   No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
☑   Yes.  Fill in all of the information below.

**Part 1:   List All Secured Claims**

2.   **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Freedom Road Financial** | Describe the property that secures the claim: | $10,935.37 | $14,600.00 | |
| Creditor's name | **2014 Harley Davidson Electra Glide** | | | |
| **10509 Professional Circle** | | | | |
| Number    Street | | | | |
| **Unit 202** | | | | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Reno** | **NV** | **89521** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Auto Lien**

Date debt was incurred    **01/2015**        Last 4 digits of account number    **3   1   3   7**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $10,935.37 |
|---|

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 | **Describe the property that secures the claim:** | $10,701.60 | $6,300.00 | $4,401.60 |
|---|---|---|---|---|

**Nissan Motor Acceptance**
Creditor's name
**POBox 742658**
Number     Street

**2013 Nissan Sentra SE**

_____

**Cincinnati         OH    45274-2658**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**    **07/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Auto Lease**

**Last 4 digits of account number**    **1    0    0    0**

**Add the dollar value of your entries in Column A on this page.  Write that number here:**   |   $10,701.60

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**   |   $21,636.97

Debtor 1    **Derek Scott Hoxby**                                        Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and
then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1,
list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or
submit this page.

| 1 | **FreedomRoad Financial** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|

Name
**POBox 4597**                                              Last 4 digits of account number    ___ ___ ___ ___
Number        Street

_____

**Oak Brook**                    **IL**      **60522-4597**
City                        State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Debtor 1    **Derek Scott Hoxby**                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what
type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in
Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**                                                                                                    $4,588.68

**Barclaycard Card Services**
Nonpriority Creditor's Name
**POBox 60517**
Number        Street

**City Of Industry        CA    91716-0517**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    6    7    1**

**When was the debt incurred?        04/2016-03/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**4.2**                                                                                                    $250.50

**Breathe Medical**
Nonpriority Creditor's Name
**1322 Bell Avenue**
Number        Street
**Unit 1E**

**Tustin        CA    92780**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4    4    3    7**

**When was the debt incurred?        01/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical**

Debtor 1    **Derek Scott Hoxby**                                              Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | $6,696.77 |
|---|---|---|

**Capital One Bank (USA), N.A.**
Nonpriority Creditor's Name
**POBox 60599**
Number        Street

_____

**City Of Industry**         **CA**    **91716-0599**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    8    4    9    6
**When was the debt incurred?**    01/2013-09/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Credit Card**

---

| 4.4 | | $10,800.77 |
|---|---|---|

**Capital One Bank (USA), N.A.**
Nonpriority Creditor's Name
**POBox 60599**
Number        Street

_____

**City Of Industry**         **CA**    **91716-0599**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    3    8    8    8
**When was the debt incurred?**    06/2013-09/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Credit Card**

---

| 4.5 | | $14.95 |
|---|---|---|

**Cedars-Sinai Medical Center**
Nonpriority Creditor's Name
**File 1108**
Number        Street
**1801 West Olympic**

_____

**Pasadena**         **CA**    **91199-1108**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2    0    0    0
**When was the debt incurred?**    04/29/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Medical**

---

Debtor 1    **Derek Scott Hoxby**                                            Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|
| | |

**4.6**                                                                                     **$70.00**

**Cedars-Sinai Medical Center**
Nonpriority Creditor's Name
**File 1108**
Number    Street
**1801 West Olympic**

**Pasadena           CA     91199-1108**
City                     State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7  1  5  0**
**When was the debt incurred?**    **05/12/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical**

---

**4.7**                                                                                     **$9.96**

**Cedars-Sinai Medical Center**
Nonpriority Creditor's Name
**File 1108**
Number    Street
**1801 West Olympic**

**Pasadena           CA     91199-1108**
City                     State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6  6  7  0**
**When was the debt incurred?**    **06/18/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical**

---

**4.8**                                                                                     **$1,058.92**

**Cedars-Sinai Medical Center**
Nonpriority Creditor's Name
**File 1108**
Number    Street
**1801 West Olympic**

**Pasadena           CA     91199-1108**
City                     State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6  1  7  7**
**When was the debt incurred?**    **07/19/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical**

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.9

|  | $235.74 |

**Cedars-Sinai Medical Center**
Nonpriority Creditor's Name
**File 1108**
Number    Street
**1801 West Olympic**

_____

**Pasadena            CA      91199-1108**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0  7  3  5
**When was the debt incurred?**    07/19/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

### 4.10

|  | $58.20 |

**Cedars-Sinai Medical Center**
Nonpriority Creditor's Name
**File 1108**
Number    Street
**1801 West Olympic**

_____

**Pasadena            CA      91199-1108**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    5  6  1  0
**When was the debt incurred?**    07/19/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

### 4.11

|  | $201.33 |

**General Anesthesia Spec Partnership Med**
Nonpriority Creditor's Name
**POBox 515108**
Number    Street

_____

**Los Angeles            CA      90051-5108**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    9  6  2  5
**When was the debt incurred?**    07/19/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

Debtor 1    **Derek Scott Hoxby**                                                     Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|-----------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**                                                                              **$887.64**

**Hiruy H. Gessesse MD**                          Last 4 digits of account number    **7    0    8    6**
Nonpriority Creditor's Name
**23700 Camino Del Sol**                          When was the debt incurred?    **2013**
Number        Street
_____               As of the date you file, the claim is: Check all that apply.
_____
                                                ☐ Contingent
                                                ☐ Unliquidated
**Torrance              CA      90505**         ☐ Disputed
City                    State   ZIP Code
Who incurred the debt?   Check one.             Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
Is the claim subject to offset?                    **Medical**
☑ No
☐ Yes

**4.13**                                                                              **$112.00**

**Infinity Insurance Companies**                  Last 4 digits of account number    **6    0    0    1**
Nonpriority Creditor's Name
**Drawer 2537**                                   When was the debt incurred?    **2016**
Number        Street
**POBox 2153**                                   As of the date you file, the claim is: Check all that apply.
_____
                                                ☐ Contingent
                                                ☐ Unliquidated
**Birmingham            AL      35287-2537**     ☐ Disputed
City                    State   ZIP Code
Who incurred the debt?   Check one.             Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
Is the claim subject to offset?                    **Insurance**
☑ No
☐ Yes

**4.14**                                                                              **$1,750.17**

**Internal Revenue Service**                      Last 4 digits of account number    **1    9    3    8**
Nonpriority Creditor's Name
**POBox 7346**                                    When was the debt incurred?    **2013**
Number        Street
_____               As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
**Philadelphia          PA      19101-7346**     ☐ Disputed
City                    State   ZIP Code
Who incurred the debt?   Check one.             Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
Is the claim subject to offset?                    **Federal Income Taxes**
☑ No
☐ Yes

Debtor 1    **Derek Scott Hoxby**    _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**    $4,017.67

**Memorial Hospital Of Gardena**
Nonpriority Creditor's Name
**1145 West Redondo Beach Boulevard**
Number        Street

_____

**Gardena**          **CA**    **90247**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0    0    0    1**
When was the debt incurred?    **12/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical**

**4.16**    $4,393.88

**Monterey Park Hospital**
Nonpriority Creditor's Name
**Department LA 22657**
Number        Street

_____

**Pasadena**          **CA**    **91185-2657**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1    7    8    7**
When was the debt incurred?    **12/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical**

**4.17**    $20,000.00

**Navient**
Nonpriority Creditor's Name
**POBox 9500**
Number        Street

_____

**Wilkes-Barre**          **PA**    **18773-9500**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1    9    3    8**
When was the debt incurred?    **2010-2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Debtor 1    **Derek Scott Hoxby**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**                                                                               **$110,000.00**

**Navient**                                         Last 4 digits of account number  __ __  __ __  __ __  __ __
Nonpriority Creditor's Name
**POBox 9500**                                      When was the debt incurred?  _____
Number        Street
_____              As of the date you file, the claim is: Check all that apply.
_____              ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Wilkes-Barre        PA    18773-9500**
City              State    ZIP Code             Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.          ☑ Student loans
☑ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☐ Other. Specify
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.19**                                                                               **$3,332.53**

**PayPal Credit**                                  Last 4 digits of account number  _7_ _1_ _4_ _2_
Nonpriority Creditor's Name
**POBox 105658**                                   When was the debt incurred?  01/2015-01/2017
Number        Street
_____              As of the date you file, the claim is: Check all that apply.
_____              ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Atlanta        GA    30348-5658**
City              State    ZIP Code             Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.          ☐ Student loans
☑ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other. Specify
☐ **Check if this claim is for a community debt**   **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.20**                                                                               **$2,177.00**

**Prosper Marketplace**                            Last 4 digits of account number  _1_ _9_ _3_ _8_
Nonpriority Creditor's Name
**POBox 396081**                                   When was the debt incurred?  01/2014-04/2017
Number        Street
_____              As of the date you file, the claim is: Check all that apply.
_____              ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**San Francisco    CA    94139-6081**
City              State    ZIP Code             Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.          ☐ Student loans
☑ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other. Specify
☐ **Check if this claim is for a community debt**   **Other**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Derek Scott Hoxby**                                   Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.21 | | $749.85 |
|---|---|---|

**Redondo Emergency Physicians**
Nonpriority Creditor's Name
**111 North Sepulveda Boulevard**
Number      Street
**Unit 210**

Last 4 digits of account number   **3   7   0   1**
When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Manhattan Beach      CA      90266-6849**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical**

| 4.22 | | $4,247.60 |
|---|---|---|

**Rise Credit Of California, LLC**
Nonpriority Creditor's Name
**4150 International Plaza**
Number      Street
**Unit 300**

Last 4 digits of account number   **2   7   8   9**
When was the debt incurred?   **10/2016-04/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth          TX      76109**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Personal Unsecured Loan**

| 4.23 | | $2,314.96 |
|---|---|---|

**Synchrony Bank**
Nonpriority Creditor's Name
**POBox 965004**
Number      Street

Last 4 digits of account number   **4   3   1   9**
When was the debt incurred?   **04/2016-04/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Orlando          FL      32896-5004**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

Debtor 1      **Derek Scott Hoxby**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.24 | | **$456.52** |
|---|---|---|

**T-Mobile**
Nonpriority Creditor's Name
**POBox 742596**
Number        Street
_____
_____

**Cincinnati        OH    45274-2596**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    4    2    3    1
**When was the debt incurred?**    01/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Utility**

| 4.25 | | **$127,402.41** |
|---|---|---|

**U.S. Department Of Education**
Nonpriority Creditor's Name
**POBox 530283**
Number        Street
_____
_____

**Atlanta        GA    30353-0283**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    6    4    5    3
**When was the debt incurred?**    01/1998

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

Debtor 1   **Derek Scott Hoxby** _____     Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

**Acclaim Credit Technologies**
Name
**POBox 3028**
Number      Street
_____

**Visalia          CA    93278-3028**
City            State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.12**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Capital One Bank (USA), N.A.**
Name
**POBox 30285**
Number      Street
_____

**Salt Lake City      UT    84130-0285**
City            State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.4**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Capital One Bank (USA), N.A.**
Name
**POBox 30285**
Number      Street
_____

**Salt Lake City      UT    84130-0285**
City            State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.3**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**CMRE Financial Services, Inc.**
Name
**3075 East Imperial Highway**
Number      Street
**Unit 200**
_____

**Brea          CA    92821-6753**
City            State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.21**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**CMRE Financial Services, Inc.**
Name
**3075 East Imperial Highway**
Number      Street
**Unit 200**
_____

**Brea          CA    92821-6753**
City            State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.11**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

Debtor 1    **Derek Scott Hoxby**                                          Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Convergent Outsourcing, Inc.**
Name
**800 SW 39th Street**
Number        Street
**POBox 9004**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.24**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

**Renton**              **WA**    **98057**
City                State    ZIP Code

---

**Credit Collection Services**
Name
**725 Canton Street**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.13**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _0_  _4_  _0_  _4_

**Norwood**             **MA**    **02062**
City                State    ZIP Code

---

**Cross America Financial, LLC**
Name
**19300 Hamilton Avenue**
Number        Street
**Unit 230**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.15**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

**Gardena**             **CA**    **90248-4419**
City                State    ZIP Code

---

**Designed Billing Solutions**
Name
**POBox 4115**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.8**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

**Concord**             **CA**    **94524**
City                State    ZIP Code

---

**Designed Billing Solutions**
Name
**1 Centerpointe Drive**
Number        Street
**Unit 450**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.8**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

**La Palma**            **CA**    **90623**
City                State    ZIP Code

---

**Designed Billing Solutions**
Name
**1 Centerpointe Drive**
Number        Street
**Unit 450**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.7**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

**La Palma**            **CA**    **90623**
City                State    ZIP Code

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Designed Billing Solutions**
Name
**1 Centerpointe Drive**
Number    Street
**Unit 450**

**La Palma, CA  90623**

City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.6**  of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**FreedomRoad Financial**
Name
**10509 Professional Circle**
Number    Street
**Unit 202**

**Reno**            **NV**      **89521**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  _____  of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Infinity Insurance Company**
Name
**POBox 830189**
Number    Street

**Birmingham**      **AL**      **35283-0189**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.13**  of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Internal Revenue Service**
Name
**POBox 21125**
Number    Street

**Philadelphia**    **PA**      **19114**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.14**  of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Internal Revenue Service**
Name

Number    Street

**Ogden**           **UT**      **84201-0039**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.14**  of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Internal Revenue Service**
Name
**POBox 37900**
Number    Street

**Hartford**        **CT**      **06176-7900**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  _____  of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1      **Derek Scott Hoxby**                                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Internal Revenue Service**
Name
POBox 21125
Number        Street




**Philadelphia**          **PA**    **19114**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Notice Only for Internal**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Revenue Service**

Last 4 digits of account number    ___ ___ ___ ___

---

**Internal Revenue Service**
Name

Number        Street



**Ogden**                 **UT**    **84201-0039**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Notice Only for Internal**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Revenue Service**

Last 4 digits of account number    ___ ___ ___ ___

---

**Nelnet**
Name
POBox 2877
Number        Street




**Omaha**                 **NE**    **68103-2877**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.25** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**NSB Management Services, Inc.**
Name
POBox 1099
Number        Street




**Langhorne**             **PA**    **19047**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.22** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $0.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $0.00 |

|  | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $257,402.41 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $48,425.64 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $305,828.05 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1  Mylbra Oliver** | **Month to month verbal agreement** |
| Name | **Contract to be ASSUMED** |
| **2731 Rainbow Ridge Road** | |
| Number    Street | |
| | |
| **Palos Verdes**          **CA**      **90274** | |
| City                    State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                                                 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
    - ☒ No
    - ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
    - ☐ No. Go to line 3.
    - ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        - ☒ No
        - ☐ Yes

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Derek** First Name | **Scott** Middle Name | **Hoxby** Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed ☑ Not employed | ☐ Employed ☐ Not employed |
| **Occupation** | | **Marriage And Family Therapist** | |
| **Employer's name** | | **Hoxby Enterprises, Inc.** | |
| **Employer's address** | | **2566 Overland Avenue** Number  Street | Number  Street |
| | | **Unit 780** | |
| | | **Los Angeles     CA    90064** City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | | **2012** | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$0.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. **+  $0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. **$0.00** | |

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ............................................................ ➔  4. **$0.00**

5.  **List all payroll deductions:**
   5a.  **Tax, Medicare, and Social Security deductions**   5a.  **$0.00**
   5b.  **Mandatory contributions for retirement plans**   5b.  **$0.00**
   5c.  **Voluntary contributions for retirement plans**   5c.  **$0.00**
   5d.  **Required repayments of retirement fund loans**   5d.  **$0.00**
   5e.  **Insurance**   5e.  **$0.00**
   5f.  **Domestic support obligations**   5f.  **$0.00**
   5g.  **Union dues**   5g.  **$0.00**
   5h.  **Other deductions.**
        Specify: _____   5h. **+**  **$0.00**

6.  **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.  **$0.00**

7.  **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.   7.  **$0.00**

8.  **List all other income regularly received:**
   8a.  **Net income from rental property and from operating a business, profession, or farm**   8a.  **$2,528.00**

   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

   8b.  **Interest and dividends**   8b.  **$0.00**
   8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**   8c.  **$0.00**

   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

   8d.  **Unemployment compensation**   8d.  **$0.00**
   8e.  **Social Security**   8e.  **$0.00**
   8f.  **Other government assistance that you regularly receive**
        Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
        Specify: _____   8f.  **$0.00**
   8g.  **Pension or retirement income**   8g.  **$1,760.00**
   8h.  **Other monthly income.**
        Specify: _____   8h. **+**  **$0.00**

9.  **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.  **$4,288.00**

10.  **Calculate monthly income.**    Add line 7 + line 9.   10.  **$4,288.00**  **+** _____ **=**  **$4,288.00**
     Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in Schedule J.**
     Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

     Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

     Specify: _____   11. **+**  **$0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.  **$4,288.00**
     **Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
     ☐ No.
     ☑ Yes. Explain:    **Please see Declaration of Debtor Hoxby attached behind Schedule I.**

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

8a.  Attached Statement (Debtor 1)

### Hoxby Enterprises, Inc.

**Gross Monthly Income:**                                                                  $4,385.00

| Expense | Category | Amount |
|---------|----------|--------|
| Expenses | **$2,509.00** | |

**Total Monthly Expenses**                                                                  $2,509.00

**Net Monthly Income:**                                                                      $1,876.00

Debtor 1    **Derek Scott Hoxby**

Case number (if known) _____

8a.  Attached Statement (Debtor 1)

### Scott Hoxby, Therapist (sole proprietorship)

**Gross Monthly Income:**                                                              $1,101.00

| Expense | Category | Amount |
|---|---|---|
| Expenses | **$449.00** | |

**Total Monthly Expenses**                                                            $449.00

**Net Monthly Income:**                                                               $652.00

## DECLARATION OF DEBTOR D. SCOTT HOXBY

I, D. Scott Hoxby, declare:

1.  I am the Debtor herein.

2.  I have personal knowledge of the facts stated.

3.  Including secured and priority debt, I owe an estimated $327,465.02 to 28 creditors.  My obligations can be divided into the following categories:

Nonconsumer:

| | | |
|---|---|---|
| Taxes | , 01 creditors totaling | $  1,750.17 |
| Student loans | , 03 creditors totaling | $257,402.41 |
| Total Nonconsumer | , 04 creditors totaling | $259,152.58 |

Consumer:

| | | |
|---|---|---|
| Auto loans | , 02 creditors totaling | $ 21,636.97 |
| Credit cards | , 08 creditors totaling | $ 34,158.31 |
| Medical | , 12 creditors totaling | $ 11,948.64 |
| Other | , 02 creditors totaling | $     568.52 |
| Total Consumer | , xx creditors totaling | $ 68,312.44 |

Therefore, the majority of my debt is NONCONSUMER debt.

4.  I am a 100.0% shareholder in a corporation named HoxbyEnterprises, Inc., which in addition to collecting on acting residuals from work done in the past, does licensed marriage and family therapy counseling.  I project that the corporation will generate the following revenue and expenses:

| | 01/2016-12/2016 Actual | 01/2016-01/2016 Average | Projected |
|---|---|---|---|
| Revenue | $52,623 | $4,385 | $4,385 |

|  | 01/2016-12/2016 Actual | 01/2016-01/2016 Average | Projected |
|---|---|---|---|
| **Expenses:** | | | |
| Taxes/licenses | $ 9,600 | $    800 | $    800 |
| Interest | 134 | 11 | N/A |
| Advertising | 1,078 | 90 | 90 |
| Accounting | 3,440 | 287 | 287 |
| Auto/truck | 8,000 | 667 | Schedule J |
| Bank charges | 1,760 | 147 | 147 |
| Dues/subscriptions | 1,040 | 87 | 87 |
| Office expense | 280 | 23 | 23 |
| Telephone | 2,560 | 213 | 213 |
| Training/continuing ed | 880 | 73 | 73 |
| Travel | 5,200 | 433 | 433 |
| Credit card processing | 360 | 30 | 30 |
| Professional wardrobe | 2,200 | 183 | 183 |
| Theater tickets | 750 | 63 | 63 |
| File storage | 960 | 80 | 80 |
| **Total Expenses** | **$38,242** | **$3,187** | **$2,509** |
| **Profit/(Loss)** | $14,381 | $1,198 | $1,876 |

5.  In addition, some of my income as a marriage and family therapist is booked as a sole proprietorship.  I project that the 'sole proprietorship' will generate the following revenue and expenses:

|  | 01/2016-12/2016 Actual | 01/2016-01/2016 Average | Projected |
|---|---|---|---|
| **Revenue** | $13,208 | $1,101 | $1,101 |
| **Expenses:** | | | |
| Advertising | $    132 | $     11 | $     11 |
| Legal/professional | 860 | 72 | 72 |
| Office expense | 840 | 70 | 70 |
| Rent | 2,400 | 200 | 200 |
| Utilities | 640 | 53 | 53 |
| Business license | 33 | 3 | 3 |
| Dues/subscriptions | 260 | 22 | 22 |
| Continuing education | 220 | 18 | 18 |
| **Total Expenses** | **$ 5,385** | **$   449** | **$   449** |
| **Profit/(Loss)** | $ 7,823 | $    652 | $    652 |

I declare under penalty of perjury that the foregoing statements are true and correct and I could if called upon competently testify thereto.

Executed this _____th day of 04/2017 at Woodland Hills, California.

D. Scott Hoxby
Declarant

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td></tr>
</table>

**Fill in this information to identify your case:**

| | | | | Check if this is: |
|---|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** | ☐ An amended filing |
| | First Name | Middle Name | Last Name | ☐ A supplement showing postpetition |
| Debtor 2 | | | | chapter 13 expenses as of the |
| (Spouse, if filing) | First Name | Middle Name | Last Name | following date: |
| United States Bankruptcy Court for the: | | **CENTRAL DIST. OF CALIFORNIA** | | _____ |
| Case number | | | | MM / DD / YYYY |
| (if known) | | | | |

Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**            ☑ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**
☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4.    The rental or home ownership expenses for your residence.**    4.                              **$800.00**
Include first mortgage payments and any rent for the ground or lot.

**If not included in line 4:**

4a.  Real estate taxes                              4a.    _____

4b.  Property, homeowner's, or renter's insurance        4b.    _____

4c.  Home maintenance, repair, and upkeep expenses        4c.              **$25.00**

4d.  Homeowner's association or condominium dues        4d.    _____

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| | | | | **Your expenses** |
|---|---|---|---|---|

**5.** **Additional mortgage payments for your residence,** such as home equity loans    5. _____

**6.** **Utilities:**

    6a. Electricity, heat, natural gas    6a. **$100.00**

    6b. Water, sewer, garbage collection    6b. _____

    6c. Telephone, cell phone, Internet, satellite, and    6c. _____
        cable services

    6d. Other. Specify: _____    6d. _____

**7.** **Food and housekeeping supplies**    7. **$350.00**

**8.** **Childcare and children's education costs**    8. _____

**9.** **Clothing, laundry, and dry cleaning**    9. **$0.00**

**10.** **Personal care products and services**    10. **$20.00**

**11.** **Medical and dental expenses**    11. **$333.00**

**12.** **Transportation.** Include gas, maintenance, bus or train    12. **$200.00**
    fare. Do not include car payments.

**13.** **Entertainment, clubs, recreation, newspapers,**    13. **$100.00**
    **magazines, and books**

**14.** **Charitable contributions and religious donations**    14. _____

**15.** **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance    15a. _____

    15b. Health insurance    15b. **$378.80**

    15c. Vehicle insurance    15c. **$125.00**

    15d. Other insurance. Specify: _____    15d. _____

**16.** **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. _____

**17.** **Installment or lease payments:**

    17a. Car payments for Vehicle 1    **Nissan Motor Acceptance**    17a. **$394.00**

    17b. Car payments for Vehicle 2    **Harley Davidson Credit**    17b. **$408.00**

    17c. Other. Specify: **Pet food and care**    17c. **$100.00**

    17d. Other. Specify: _____    17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as**    18. _____
    **deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**

**19.** **Other payments you make to support others who do not live with you.**    19. _____
    Specify: _____

Debtor 1   **Derek Scott Hoxby** _____   Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: _____   21. **+** _____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. **$3,333.80** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. **$3,333.80** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$4,288.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** **$3,333.80** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **$954.20** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.   Explain here:
**Please see Declaration of Debtor Hoxby attached behind Schedule I.**

| Fill in this information to identify your case: | | |
|---|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
Derek Scott Hoxby, Debtor 1            Signature of Debtor 2

Date **04/18/2017**                Date _____
MM / DD / YYYY                      MM / DD / YYYY

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Derek** First Name | **Scott** Middle Name | **Hoxby** Last Name |
|---|---|---|---|

| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

*'Sole Proprietorship'*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $8,800.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $13,208.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $16,171.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

*Hoxby Enterprises, Inc.*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $11,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $52,623.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $45,096.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1    **Derek Scott Hoxby**                                    Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $700.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, **2016** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, **2015** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $613.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

FORCE RESIDUALS

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income**<br>from each source<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Pensions | $7,040.00 | | |
| | Tax Refund-Federal | $1,022.00 | | |
| | Tax Refund-State | $479.00 | | |
| | (applied) | | | |
| **For the last calendar year:**<br>(January 1 to December 31, **2016** )<br>YYYY | Pensions | $21,120.00 | | |
| | Tax Refund-Federal | $541.00 | | |
| | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2015** )<br>YYYY | Pension | $21,120.00 | | |
| | | | | |
| | | | | |

Debtor 1    **Derek Scott Hoxby**                                                    Case number (if known) _____

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**   Neither Debtor 1 nor Debtor 2 has primarily consumer debts.  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**   Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    **Derek Scott Hoxby**                                        Case number (if known) _____

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
    modifications, and contract disputes.

    ☑ No
    ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached,
    seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any
    amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of
    creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

---

| Part 5: | List Certain Gifts and Contributions |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600
    to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

---

| Part 6: | List Certain Losses |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire,
    other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

---

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred<br>Cash/money/funds | Date payment<br>or transfer was<br>made | Amount of<br>payment |
|---|---|---|---|
| **Law Offices Of Hagen & Hagen**<br>Person Who Was Paid | | | |
| **4559 San Blas Avenue**<br>Number    Street | | 04/14/2017 | $750.00 |
| | | 02/24/2017 | $750.00 |
| **Woodland Hills**    **CA**    **91364**<br>City    State    ZIP Code | | | |
| **jeff@hagenhagenlaw.com**<br>Email or website address | | | |
| <br>Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes.  Fill in the details.    .

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes.  Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

    ☑ No
    ☐ Yes.  Fill in the details.

Debtor 1    **Derek Scott Hoxby**                                          Case number (if known) _____

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☑ No
   ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ☑ No
   ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
   ☑ No
   ☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☑ No
   ☐ Yes. Fill in the details.

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1      **Derek Scott Hoxby**                                          Case number (if known) _____

25. **Have you notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

---

**Part 11:      Give Details About Your Business or Connections to Any Business**

---

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☑ An officer, director, or managing executive of a corporation
    ☑ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Hoxby Enterprises, Inc.** | **Marriage And Family Therapy (corporation, 100.0% shareholder, director, officer)** | Do not include Social Security number or ITIN. |
| Business Name | | EIN: **4  5 – 4  4  2  4  5  0  9** |
| **2566 Overland Avenue** | | |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| **Unit 780** | **Jeffrey A. Prye CPA** | From **01/01/2012**    To    **Present** |
| **Los Angeles        CA    90064** | | |
| City                State   ZIP Code | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    ☑ No
    ☐ Yes. Fill in the details below.

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _~signature~_____    X _____
Derek Scott Hoxby, Debtor 1        Signature of Debtor 2

Date    **04/18/2017**            Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice,
                                                  Declaration, and Signature*  (Official Form 119).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Derek** First Name | **Scott** Middle Name | **Hoxby** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Freedom Road Financial** <br><br> Description of property securing debt: **2014 Harley Davidson Electra Glide** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |
| Creditor's name: **Nissan Motor Acceptance** <br><br> Description of property securing debt: **2013 Nissan Sentra SE** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |

Debtor 1    **Derek Scott Hoxby** _____    Case number (if known) _____

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not
yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                    Will this lease be assumed?

Lessor's name:    **Mylbra Oliver**                                                 ☐  No
Description of leased  **Month to month verbal agreement**                          ☑  Yes
property:

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and
personal property that is subject to an unexpired lease.

X _____    X _____
Derek Scott Hoxby, Debtor 1              Signature of Debtor 2

Date  **04/18/2017** _____              Date  _____
     MM / DD / YYYY                        MM / DD / YYYY

<table>
<tr><td>

**Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address**

Law Offices Of Hagen & Hagen
Jeffrey J Hagen - SBN 143754
(818) 501-6161
4559 San Blas Avenue
Woodland Hills, California  91364
Fax: (818) 907-6722
jeff@hagenhagenlaw.com

</td><td>

**FOR COURT USE ONLY**

</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

<table>
<tr><td>

In re:

Derek Scott Hoxby, aka Scott Hoxby


                                                    Debtor(s).
</td><td>

CASE NO.:

CHAPTER: 7

**DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE**

[LBR 2090-1(a)(3)]

</td></tr>
</table>

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

   a. I am the attorney for the Debtor.

   b. Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

      i. For legal services, I have agreed to accept ☐ an hourly rate of $_____; or a ☒ flat fee of $2250.00

      ii. ☒ Prior to filing this disclosure I received $1500.00

      iii. ☒ The balance due is $750.00

2. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

   a. **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

      ☒ Debtor(s)    ☐ Other (*specify*): _____

   b. **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

      ☒ Debtor(s)    ☐ Other (*specify*): _____

3. **Sharing of Compensation Paid Postpetition.**

   ☒ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

   ☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Limited Scope of Services**. A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

    a. **Services required to be provided:**

        i. Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;

        ii. Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and

        iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.

    b. ☐ **Additional legal services I will provide:**

        i. ☐ Any proceeding related to relief from stay motions.

        ii. ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

        iii. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

        iv. ☐ Reaffirmation of a debt.

        v. ☐ Any lien avoidance under 11 U.S.C. § 522(f)

        vi. ☐ Other *(specify)*:

5. If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

## DECLARATION OF ATTORNEY FOR THE DEBTOR

    I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

*Date:* 04/18/2017

_____
Signature of attorney for the Debtor

Jeffrey J Hagen
Printed name of attorney

Law Offices Of Hagen & Hagen
Printed name of law firm

---

## DECLARATION OF THE DEBTOR

    I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

*Date:* 04/18/2017            *Date:* _____

_____    _____
Signature of Debtor 1                      Signature of Debtor 2 (Joint Debtor)(if applicable)

Derek Scott Hoxby
_____    _____
Printed name of Debtor 1                   Printed name of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                  Page 2                 **F 2090-1.CH7.ATTY.COMP.DISCLSR**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | <u>Derek</u> | <u>Scott</u> | <u>Hoxby</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>CENTRAL DIST. OF CALIFORNIA</u>

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                    12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

    ☑ **No.** Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ **Yes.** Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

    ☐ **No.** Go to line 3.

    ☐ **Yes.** Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    　　☐ **No.** Go to line 3.

    　　☐ **Yes.** Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ **No.** Complete Form 122A-1. Do not submit this supplement.

    ☐ **Yes.** Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

    　　☐ **No.** Complete Form 122A-1. Do not submit this supplement.

    　　☐ **Yes.** Check any one of the following categories that applies:

    　　　　☐ **I was called to active duty after September 11, 2001,**
    　　　　for at least 90 days and remain on active duty.

    　　　　☐ **I was called to active duty after September 11, 2001,**
    　　　　for at least 90 days and was released from active duty on
    　　　　_____ which is fewer than 540 days before I
    　　　　file this bankruptcy case.

    　　　　☐ **I am performing a homeland defense activity for at**
    　　　　**least 90 days.**

    　　　　☐ **I performed a homeland defense activity for at**
    　　　　**least 90 days,** ending on _____, which is
    　　　　fewer than 540 days before I file this bankruptcy case.

    If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

    If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Fill in this information to identify your case: | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | **Derek** | **Scott** | **Hoxby** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    __Derek Scott Hoxby_____    Case number (if known) _____

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | | |
| Ordinary and necessary operating expenses | − _____ | − _____ | | | |
| Net monthly income from a business, profession, or farm | _____ | _____ | Copy here → | _____ | _____ |

6.  **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | | |
| Ordinary and necessary operating expenses | − _____ | − _____ | | | |
| Net monthly income from rental or other real property | _____ | _____ | Copy here → | _____ | _____ |

7.  **Interest, dividends, and royalties**    _____  _____

8.  **Unemployment compensation**    _____  _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you................................................................ _____

For your spouse.................................................... _____

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    _____  _____

10. **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____  _____

_____    _____  _____

Total amounts from separate pages, if any.    + _____  + _____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.    [_____] + [_____] = [_____]

Total current monthly income

Debtor 1    **Derek Scott Hoxby**                                    Case number (if known) _____

## Part 2:    Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.........................................................Copy line 11 here ➜ 12a.  [        ]

Multiply by 12 (the number of months in a year).                                                                                    X    12

12b.  The result is your annual income for this part of the form.                                                              12b.  [        ]

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                          [                    ]

Fill in the number of people in your household.              [                    ]

Fill in the median family income for your state and size of household...............................................................  13.  [        ]

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____          X _____
Derek Scott Hoxby, Debtor 1                 Signature of Debtor 2

Date  **4/18/2017**                          Date _____
       MM / DD / YYYY                             MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

IN RE:  **Derek Scott Hoxby**                                    CASE NO

                                                               CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  4/18/2017 _____          Signature _____
                                                        **Derek Scott Hoxby**


Date _____                     Signature _____

Acclaim Credit Technologies
POBox 3028
Visalia, CA  93278-3028

Barclaycard Card Services
POBox 60517
City Of Industry, CA  91716-0517

Breathe Medical
1322 Bell Avenue
Unit 1E
Tustin, CA  92780

Capital One Bank (USA), N.A.
POBox 60599
City Of Industry, CA  91716-0599

Capital One Bank (USA), N.A.
POBox 30285
Salt Lake City, UT  84130-0285

Cedars-Sinai Medical Center
File 1108
1801 West Olympic
Pasadena, CA  91199-1108

CMRE Financial Services, Inc.
3075 East Imperial Highway
Unit 200
Brea, CA  92821-6753

Convergent Outsourcing, Inc.
800 SW 39th Street
POBox 9004
Renton, WA  98057

Credit Collection Services
725 Canton Street
Norwood, MA  02062

Cross America Financial, LLC
19300 Hamilton Avenue
Unit 230
Gardena, CA  90248-4419


Designed Billing Solutions
1 Centerpointe Drive
Unit 450
La Palma, CA  90623


Designed Billing Solutions
POBox 4115
Concord, CA  94524



Designed Billing Solutions
1 Centerpointe Drive
Unit 450
La Palma, CA  90623
0005003305

Freedom Road Financial
10509 Professional Circle
Unit 202
Reno, NV  89521


FreedomRoad Financial
10509 Professional Circle
Unit 202
Reno, NV  89521


FreedomRoad Financial
POBox 4597
Oak Brook, IL  60522-4597



General Anesthesia Spec Partnership Med
POBox 515108
Los Angeles, CA  90051-5108



Hiruy H. Gessesse MD
23700 Camino Del Sol
Torrance, CA  90505

```
Infinity Insurance Companies
Drawer 2537
POBox 2153
Birmingham, AL  35287-2537


Infinity Insurance Company
POBox 830189
Birmingham, AL  35283-0189


Internal Revenue Service
Ogden, UT  84201-0039


Internal Revenue Service
POBox 21125
Philadelphia, PA  19114


Internal Revenue Service
POBox 37900
Hartford, CT  06176-7900


Internal Revenue Service
POBox 7346
Philadelphia, PA  19101-7346


Jeffrey J Hagen
4559 San Blas Avenue
Woodland Hills, California  91364


Memorial Hospital Of Gardena
1145 West Redondo Beach Boulevard
Gardena, CA  90247


Monterey Park Hospital
Department LA 22657
Pasadena, CA  91185-2657
```

Navient
POBox 9500
Wilkes-Barre, PA  18773-9500


Nelnet
POBox 2877
Omaha, NE  68103-2877


Nissan Motor Acceptance
POBox 742658
Cincinnati, OH  45274-2658


NSB Management Services, Inc.
POBox 1099
Langhorne, PA  19047


PayPal Credit
POBox 105658
Atlanta, GA  30348-5658


Prosper Marketplace
POBox 396081
San Francisco, CA  94139-6081


Redondo Emergency Physicians
111 North Sepulveda Boulevard
Unit 210
Manhattan Beach, CA  90266-6849


Rise Credit Of California, LLC
4150 International Plaza
Unit 300
Fort Worth, Texas  76109


Synchrony Bank
POBox 965004
Orlando, FL  32896-5004

```
T-Mobile
POBox 742596
Cincinnati, OH  45274-2596



U.S. Department Of Education
POBox 530283
Atlanta, GA  30353-0283
```